**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOSE AGUILERA ROMERO, | : | Civil No. 1:26-CV-03012 |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| MARKWAYNE MULLIN, *et al.*, | : | |
| | : | |
| Respondents. | : | Judge Jennifer P. Wilson |

# ORDER

**AND NOW**, this 23rd day of November, 2026, in accordance with the accompanying memorandum, **IT IS ORDERED THAT** the petition for writ of habeas corpus, Doc. 1, is **DENIED**, and the motion to expedite, Doc. 7, is **DENIED AS MOOT**. **IT IS FURTHER ORDERED THAT** the Clerk of Court shall enter judgment in favor of Respondents and close this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania